UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MOKHTAR BENGANA,                    )
                                    )
            Plaintiff,              )
                                    )
      vs.                           )        No. 4:07-CV-910 (CEJ)
                                    )
AT&T CORP.,                         )
                                    )
            Defendant.              )

## ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete
transcripts of all deposition testimony that is cited in support of
or in opposition to a motion.  Excerpted portions of a witness's
deposition testimony will not be considered by the Court absent a
showing of good cause for not submitting the entire transcript.


_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 21st day of June, 2007.